AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Central District of California  ▼

| | |
|---|---|
| TEXCO, INC.,<br>a California corporation<br><br>*Plaintiff(s)*<br>v.<br>DRS DESIGN INC., doing business as " Hutch,"<br>a New York corporation, [con't see p.3]<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DRS DESIGN INC., doing business as " Hutch," a New York corporation; ARMOIRE STYLE, INC., doing business as " Armoire," a Delaware corporation; URBN US RETAIL LLC, doing business as " Anthropologie" and " Nuuly," a Kentucky limited liability company; SOUTH MOON UNDER, INC., a Maryland corporation; RUELALA, INC., a Delaware corporation; PEONY INDUSTRIES GROUP INC., a New York corporation; and DOES 1-10,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Andres Navarro (SBN 358499)
anavarro@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue, Venice California 90291
Telephone: (310) 590-1820

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Andres Navarro (SBN 358499)
anavarro@donigerlawfirm.com
**DONIGER / BURROUGHS**
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXCO, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DRS DESIGN INC., doing business as "Hutch," a New York corporation; ARMOIRE STYLE, INC., doing business as "Armoire," a Delaware corporation; URBN US RETAIL LLC, doing business as "Anthropologie" and "Nuuly," a Kentucky limited liability company; SOUTH MOON UNDER, INC., a Maryland corporation; RUELALA, INC., a Delaware corporation; PEONY INDUSTRIES GROUP INC., a New York corporation; and DOES 1-10,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR**<br>  **1. COPYRIGHT INFRINGEMENT**<br>  **2. CONTRIBUTORY**<br>     **COPYRIGHT INFRINGEMENT**<br>  **3. VICARIOUS**<br>     **COPYRIGHT INFRINGEMENT**<br><br><u>Jury Trial Demanded</u> |

Plaintiff TEXCO, INC. ("Texco" or "Plaintiff), a California corporation, by and through its undersigned attorneys, hereby prays to this honorable Court for relief as follows:

- 1 -

COMPLAINT